# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| RANDALL WILLIAMS, Personal Representative of the ESTATES OF SHANICE R. DANTZLER-WILLIAMS and MIRANDA R. DANTZLER-WILLIAMS. <br><br>and<br><br>BETTY SIMMONS, Personal Representative of the ESTATE OF STEPHANIE DANTZLER,<br><br>Plaintiffs,<br><br>vs.<br><br>EMILY PELLETIER; CLINTON SACKS; CHARLESTON COUNTY SHERIFF'S OFFICE; AND CHARLESTON COUNTY,<br><br>Defendants. | C/A NO.: 2:23-cv-02149-DCN <br><br><br><br><br><br><br><br>**NOTICE OF REMOVAL**<br>**28 U.S.C. §§ 1441 and 1446**<br>**ON BEHALF OF DEFENDANTS** |

The Defendant, Emily Pelletier, by and through her undersigned attorney, hereby gives notice of the removal of this action from the Court of Common Pleas, Charleston County, South Carolina, to the United States District Court for the District of South Carolina, Charleston Division. The grounds for removal are as follows:

1. Upon information and belief, the Summons and Complaint were filed in the Charleston County Court of Common Pleas on or about May 15, 2023.

2. Upon information and belief, counsel for Emily Pelletier accepted service of the Summons and Complaint on or about May 17, 2023, on her behalf.

3. This action is now pending in the Charleston County Court of Common Pleas, designated as Civil Action No. 2023-CP-10-02308, and the time within which this Defendant is

required by the laws of South Carolina to answer or otherwise plead has not expired.

4. Plaintiffs have alleged that this Defendant violated 42 U.S.C. § 1983 and acted with reckless and deliberate indifference to Shanice Dantzler-Williams, Miranda Dantzler-Williams, and Stephanie Dantzler's Fourteenth Amendment substantive due process rights. (See Complaint ¶¶ 145-146). Accordingly, this civil action is removable under 28 U.S.C. § 1441. This Court has jurisdiction pursuant to 28 U.S.C §§ 1331 and 1343 because this case involves a federal question.

5. This Court also has supplemental jurisdiction over any state court claims asserted by the Plaintiffs in the Complaint pursuant to 28 U.S.C. § 1367.

6. The Charleston Division is the proper venue inasmuch as the events in controversy took place within the Charleston Division.

7. This Defendant has attached to this Notice and filed herewith copies of pleadings served upon her in this action as required by 28 U.S.C. § 1446 (a). (See Exhibit A).

8. This Defendant is providing Plaintiffs' counsel and the Clerk of Charleston County Court of Common Pleas in South Carolina written notice of the removal of this action as required by 28 U.S.C § 1446 (d).

9. No other Defendants have appeared or answered.

WHEREFORE, this Petitioner prays that the above-entitled case be removed to this, the United States District Court for the District of South Carolina, Charleston Division.

*(Signature block on next page)*

**I SO MOVE:**

Lisa A. Thomas, Fed ID #9950
Patrick L. Huff, Fed ID #13925
*Attorneys for the Defendant*

s/ Lisa A. Thomas
Richardson, Plowden & Robinson, P.A.
2103 Farlow Street, P. O. Box 3646
Myrtle Beach, SC 29578
(843) 443-3580 – voice (LAT)
(843) 353-4640 – voice (PLH)
LThomas@RichardsonPlowden.com
PHuff@RichardsonPlowden.com

May 19, 2023
Myrtle Beach, South Carolina