UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| RANDALL WILLIAMS, Personal Representative of the ESTATES OF SHANICE R. DANZTLER-WILLIAMS and MIRANDA R. DANTZLER-WILLIAMS,<br><br>and<br><br>BETTY SIMMONS, Personal Representative of the ESTATE OF STEPHANIE DANTZLER,<br>Plaintiffs,<br><br>v.<br><br>EMILY PELLETIER; CLINTON SACKS; CHARLESTON COUNTY SHERIFF'S OFFICE; and CHARLESTON COUNTY,<br><br>Defendants. | Civil Action No. 2:23-cv-02149-DCN<br><br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the Plaintiffs, Randall Williams, as Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams, and Betty Simmons, as Personal Representative of the Estate of Stephanie Dantzler, hereby appeal to the United States District Court of Appeals for the Fourth Circuit from the Order entered in this action on December 13, 2023 (ECF No. 47) [thereafter certified by the Court pursuant to Fed. R. Civ. P. 54(b) on March 12, 2024 (ECF No. 53) and then entered as a formal judgment on March 13, 2024 (ECF No. 54)] granting Defendant Charleston County Sheriff's Office Motion to Dismiss (ECF No. 24).

[Signatures on Following Page]

Page 1 of 2

**ATTORNEY FOR PLAINTIFF RANDALL WILLIAMS, PERSONAL REPRESENTATIVE**

*/s/ Richard A. Hricik*

_____

Richard A. Hricik (#7649)
THE LAW OFFICES OF
RICHARD A. HRICIK, PA
941 Houston Northcutt Blvd., Ste 204
Mt. Pleasant, SC 29464
(t) 843-849-0136
Richard@CharlestonLawyer.com


**ATTORNEY FOR PLAINTIFF BETTY SIMMONS, PERSONAL REPRESENTATIVE**

*/s/ Clifford Bush, III*

_____

Clifford Bush, III (#7747)
THE LAW OFFICES OF
CLIFFORD BUSH, III, LLC
28 Old Jericho Road
Beaufort, SC 29906
(t) 843-379-9500
cbush@lawofficeofcbushiii.com

Charleston, South Carolina
March 18, 2024