# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 23, 2026

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:   Randall Williams, as Personal Representative of the Estates of
Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams,
et al.
v. Charleston County Sheriff's Office, et al.
No. 25-640
(Your No. 24-1238)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  The judgment is
vacated, and the case is remanded to the United States Court of Appeals for
the Fourth Circuit for further consideration in light of *Galette* v. *New Jersey
Transit Corp.*, 607 U. S. ___ (2026).

The judgment or mandate of this Court will not issue for at least
thirty-two days pursuant to Rule 45.  Should a petition for rehearing be filed
timely, the judgment or mandate will be further stayed pending this Court's
action on the petition for rehearing.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk