# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 24, 2026

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

> Re:   **Randall Williams, et al.**
>        **v. Charleston Cty. Sheriff, et al.**
>        **No. 25-640 (Your docket No. 24-1238)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 24, 2026

Mr. Richard Allan Hricik, Esq.
Law Office of Richard A. Hricik PA
941 Houston Northcutt Blvd. #204
Mount Pleasant, SC 29464

Mrs. Deborah Harrison Sheffield, Esq.
Hood Law Firm, LLC
P.O. Box 1508
172 Meeting Street
Charleston, SC 29401

> **Re:    Randall Williams, et al.**
> **v. Charleston Cty. Sheriff, et al.**
> **No. 25-640**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioners are given recovery of costs in this Court as follows:

**Clerk's costs:**              **$300.00**

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc:  4th. Cir.
       (Your docket No. 24-1238)

# Supreme Court of the United States

### No. 25-640

## RANDALL WILLIAMS, AS PERSONAL REPRESENTATIVE OF THE ESTATES OF SHANICE R. DANTZLER-WILLIAMS and MIRANDA R. DANTZLER-WILLIAMS, ET AL.,

Petitioners,

*v.*

## CHARLESTON COUNTY SHERIFF'S OFFICE, ET AL.

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit for further consideration in light of *Galette* v. *New Jersey Transit Corp.*, 607 U. S. ___ (2026)

**IT IS FURTHER ORDERED** that the petitioners, Randall Williams, as Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams, et al., recover from Charleston County Sheriff's Office, et al., Three Hundred Dollars ($300.00) for costs herein expended.

March 23, 2026

**Clerk's costs:**                $300.00

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States