FILED: July 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1238
(2:23-cv-02149-DCN)

_____

RANDALL WILLIAMS, Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams; BETTY SIMMONS, Personal Representative of the Estate of Stephanie Dantzler

       Plaintiffs - Appellants

v.

CHARLESTON COUNTY SHERIFF'S OFFICE

       Defendant - Appellee

 and

CHARLESTON COUNTY; EMILY PELLETIER; CLINTON SACKS

       Defendants

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*