# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 12, 2026

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Randall Williams, as Personal Representative of the Estates of Shanice R. Dantzler-Williams and Miranda R. Dantzler-Williams, et al.
v. Charleston County Sheriff's Office
No. 26-624
(Your No. 24-1238)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 9, 2026 and placed on the docket November 12, 2026 as No. 26-624.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst